UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| **NOA KOLP**, | Case No. 1:17-cv-03895 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(l)(A)(i)** |
| — against — | |
| **ELIE TAHARI LTD,** | |
| Defendant. | |

------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(l)(A)(i)**

Pursuant to 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Noa Kolp and or her counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant Elie Tahari, LTD.

Dated: New York, New York
        May 24, 2017

                                Respectfully submitted,

                                **SACK & SACK, LLP**

                                */s/ Jonathan Sack*
                        By:     _____
                                Jonathan Sack, Esq.  (JSS 1835)

                        Attorneys for Plaintiff
                        70 East 55th Street, 10th Floor
                        New York, New York 10022
                        Tel.: (212) 702-9000
                        Fax: (212) 702-9702